IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 03-20417-02-Ma |
| | ) | |
| CHRISTOPHER MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 10, 2005, the United States Attorney for this district appearing for the Government and the defendant, Christopher Marshall, appearing in person and with appointed counsel, Mr. Marty McAfee.

With leave of the Court, the defendant entered a plea of guilty to Count 2 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Thursday, August 18, 2005 at 1:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 11th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:03-CR-20417 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT